701 A.2d 1360

John T. ROBINSON, Appellee,

v.

The COUNTY OF SNYDER, Robert H. Reigle, Guy E. Mitterling and Gregory L. Shambach, Commissioners of Snyder County and Paula S. Snook, Treasurer of Snyder County, Appellants.

Supreme Court of Pennsylvania.

Submitted Dec. 10, 1996.

Decided Nov. 21, 1997.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.